JONATHAN R. BASS (State Bar No. 75779)
CHARMAINE G. YU (State Bar No. 220579)
ALICE WANG (State Bar No. 289631)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
         ef-cgy@cpdb.com

Attorneys for ALCO IRON & METAL CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICK-N-PULL AUTO DISMANTLERS, a California general partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALCO IRON & METAL CO., a California corporation; CESAR ZAMORA, an individual; RICARDO ZAMORA, an individual; EMILIO ZAMORA, an individual; and DOES 1-25,<br><br>　　　　　　Defendants. | Case No. 3:14-CV-03275 VC<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURES, AND INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2**<br><br>Judge:　Hon. Vince Chhabria<br>Trial Date:　　None Set |

WHEREAS Plaintiff Pick-N-Pull Auto Dismantlers ("Plaintiff") and Defendants Alco Iron & Metal Co., Cesar Zamora, Ricardo Zamora, and Emilio Zamora (together, "Defendants," and collectively with Plaintiff, the "Parties") previously stipulated to one prior extension of time, whereby Defendants' time to answer or otherwise respond to the Complaint was extended to and including September 22, 2014 [Dkt. 14];

WHEREAS that extension of time did not alter the date of any event or deadline currently fixed by Court order;

WHEREAS the Parties are scheduled to mediate this dispute on October 7, 2014;

WHEREAS, in light of the scheduled mediation, Plaintiff and Defendants desire to extend the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines [Dkt. 7];

IT IS HEREBY STIPULATED and agreed to, by and among the undersigned, on behalf of their respective clients, to enlarge the time regarding deadlines for the Federal Rule of Civil Procedure 26 discovery conference and initial disclosures, and the initial case management conference.  The stipulated dates, and corresponding effect upon the current schedule, are as follows:

| | |
|---|---|
| **October 21, 2014** | Last Day to: |
| | (1)   Meet and confer re: initial disclosures, early settlement, ADS process selection, and discovery plan; |
| | (2)   File ADR Certification signed by Parties and Counsel |
| | (3)   File either Stipulation to ADR Process or Notice Need for ADR Phone Conference |

This stipulated date represents an extension of three weeks beyond the date currently scheduled for these items.

| | |
|---|---|
| **November 11, 2014** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Court's standing order re: Contents of Joint Case Management Statement |

This stipulated date represents an extension of four weeks beyond the date currently scheduled for these items.

| | |
|---|---|
| **November 18, 2014** | Initial Case Management Conference in Courtroom 4, 17th Floor at 10:00 a.m. |

This stipulated date represents an extension of four weeks beyond the date currently scheduled for the conference.

IT IS SO STIPULATED AND AGREED.

DATED: September 19, 2014   COBLENTZ PATCH DUFFY & BASS LLP

By: */s/Charmaine G. Yu*
Charmaine G. Yu
Attorneys for Attorneys for ALCO IRON & METAL CO.

DATED: September 19, 2014   BERLINER COHEN

By: */s/Kathleen Sherman*
Kathleen Sherman
Attorneys for PICK-N-PULL AUTO DISMANTLERS.

DATED: September 19, 2014   THE LAW OFFICES OF ERIK BABCOCK

By: */s/ Erik Babcock*
Erik Babcock
Attorneys for EMILIO ZAMORA.

DATED: September 19, 2014   THE LAW OFFICES OF PAUL M. WELLENKAMP

By: */s/Paul M. Wellenkamp*
Paul M. Wellenkamp
Attorneys for CESAR ZAMORA.

DATED: September 19, 2014   BONJOUR, THORMAN, BARAY & BILLINGSLEY

By: */s/Michael Thorman*
Michael Thorman
Attorneys for RICARDO ZAMORA.

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Charmaine G. Yu, attest that concurrence in the filing of this **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURES, AND INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** has been obtained from each of the other signatories.

Executed this 19th day of September, 2014, at San Francisco, California.

/s/Charmaine G. Yu
Charmaine G. Yu

1 **[PROPOSED] ORDER**

2 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3
4 DATED: September __23__, 2014



IT IS SO ORDERED
Judge Vince Chhabria