JONATHAN D. WOLF, CA STATE BAR NO. 127043
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
jonathan.wolf@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR PLAINTIFF
PICK-N-PULL AUTO DISMANTLERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICK-N-PULL AUTO DISMANTLERS, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ALCO IRON & METAL CO., a California corporation; CESAR ZAMORA, an individual; RICARDO ZAMORA, an individual; EMILIO ZAMORA an individual; and DOES 1-25,<br><br>Defendants. | CASE NO. 3:14-cv-03275 VC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME TO RESPOND TO MOTIONS TO DISMISS |

WHEREAS, the parties have agreed to participate in a mediation on October 7, 2014;

WHEREAS, Defendants have filed motions to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), with the hearing set for November 20, 2014;

WHEREAS, pursuant to Civ. L.R. 7-3(a), any response to the motions must be filed no later than October 6, 2014;

WHEREAS, pursuant to Civ. L.R. 7-3(c), any replies must be filed no later than October 14, 2014;

WHEREAS, the parties are hopeful that the case can be settled in mediation and would like to avoid incurring unnecessary attorneys' fees related to the motions to dismiss;

WHEREAS, the parties have previously stipulated to extend time to September 22, 2014 for Defendants to file responsive pleadings, and the parties have previously stipulated to an enlargement

of time as to the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, which the Court entered as an order on September 24, 2014; and

WHEREAS, the proposed enlargement of time will not affect the hearing date for the motions to dismiss, or any other aspect of the schedule for this case;

IT IS HEREBY STIPULATED and agreed to, by and among the undersigned, on behalf of their respective clients, to jointly request that the Court enlarge time and set a new briefing schedule for the motions to dismiss as follows:

1. The last date for filing any response brief be reset to October 27, 2014;
2. The last date for filing any reply brief be reset to November 6, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: SEPTEMBER 25, 2014

BERLINER COHEN

BY: /S/ *KATHLEEN F. SHERMAN*
JONATHAN D. WOLF
KATHLEEN F. SHERMAN
ATTORNEYS FOR PLAINTIFF
PICK-N-PULL AUTO DISMANTLERS

Attestation of Consent to File:

I, Kathleen F. Sherman, declare that Charmaine G. Yu gave me her permission to affix her electronic signature to this document.

*/s/ Kathleen F. Sherman*

COBLENTZ PATCH DUFFY & BASS LLP

BY: /S/ *CHARMAINE G. YU*
CHARMAINE G. YU
ATTORNEYS FOR ALCO IRON & METAL CO.

Attestation of Consent to File:

I, Kathleen F. Sherman, declare that Erik Babcock gave me his permission to affix his electronic signature to this document.

*/s/ Kathleen F. Sherman*

THE LAW OFFICES OF ERIK BABCOCK

BY: /S/ *ERIK BABCOCK*
ERIK BABCOCK
ATTORNEYS FOR EMILIO ZAMORA

THE LAW OFFICES OF PAUL M. WELLENKAMP

BY: /S/ *PAUL M. WELLENKAMP*
PAUL M. WELLENKAMP
ATTORNEYS FOR CESAR ZAMORA

Attestation of Consent to File:

I, Kathleen F. Sherman, declare that Paul M. Wellenkamp gave me his permission to affix his electronic signature to this document.

*/s/ Kathleen F. Sherman*

BONJOUR, THORMAN, BARAY & BILLINGSLEY

BY: /S/ *MICHAEL THORMAN*
MICHAEL THORMAN
ATTORNEYS FOR RICARDO ZAMORA

Attestation of Consent to File:

I, Kathleen F. Sherman, declare that Michael Thorman gave me his permission to affix his electronic signature to this document.

*/s/ Kathleen F. Sherman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 26, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Vince Chhabria
NORTHERN DISTRICT OF CALIFORNIA

HON. VINCE CHHABRI...
JUDGE O... T COURT
FOR THE N... ORNIA



4820-3933-0590v1
KSHERMAN\19786005