JONATHAN R. BASS (State Bar No. 75779)
CHARMAINE G. YU (State Bar No. 220579)
ALICE WANG (State Bar No. 289631)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com,
ef-cgy@cpdb.com

Attorneys for ALCO IRON & METAL CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICK-N-PULL AUTO DISMANTLERS, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ALCO IRON & METAL CO., a California corporation; CESAR ZAMORA, an individual; RICARDO ZAMORA, an individual; EMILIO ZAMORA, an individual; and DOES 1-25,<br><br>Defendants. | Case No. 3:14-CV-03275 VC<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURES, INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2, AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS THE COMPLAINT**<br><br>Judge: Hon. Vince Chhabria<br>Trial Date: None Set |

15729.001 2965494v1                   1                   3:14-CV-03275 VC
**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME**

WHEREAS Plaintiff Pick-N-Pull Auto Dismantlers ("Plaintiff") and Defendants Alco Iron & Metal Co., Cesar Zamora, Ricardo Zamora, and Emilio Zamora (together, "Defendants," and collectively with Plaintiff, the "Parties") have stipulated to three prior extensions of time, whereby each of the following deadlines was extended: (1) Defendants' time to answer or otherwise respond to the Complaint [Dkt. 14]; (2) the deadlines for the Federal Rule of Civil Procedure 26 discovery conference and initial disclosures, and the initial case management conference (the "Rule 26 Deadlines") [Dkt. 27]; and (3) the briefing schedule for Defendants' pending Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motions to Dismiss") [Dkt. 29];

WHEREAS the Parties participated in a mediation on October 7, 2014;

WHEREAS the Parties have reached a negotiated resolution of this dispute;

WHEREAS the Parties are in the process of documenting that resolution;

WHEREAS the Parties contemplate that this case will be dismissed shortly after the execution of a final settlement agreement;

WHEREAS, in light of the anticipated dismissal of this case, Plaintiff and Defendants desire to extend the Rule 26 Deadlines and the briefing schedule for the Motions to Dismiss;

IT IS HEREBY STIPULATED and agreed to, by and among the undersigned, on behalf of their respective clients, to enlarge the time regarding the Rule 26 Deadlines and the briefing schedule for the Motions to Dismiss such that each deadline and event will be extended by <u>six weeks</u>.

The stipulated dates are as follows:

| Date | Event |
|---|---|
| **December 2, 2014** | Last Day to: <br> (1) Meet and confer re: initial disclosures, early settlement, ADS process selection, and discovery plan; <br> (2) File ADR Certification signed by Parties and Counsel <br> (3) File either Stipulation to ADR Process or Notice Need for ADR Phone Conference |
| **December 8, 2014** | Last day to file response brief to the Motions to Dismiss. |
| **December 18, 2014** | Last day to file reply briefs in support of the Motions to Dismiss. |

| | |
|---|---|
| **December 23, 2014** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Court's standing order re: Contents of Joint Case Management Statement |
| **December 30, 2014** | Initial Case Management Conference in Courtroom 4, 17th Floor at 10:00 a.m. |
| **January 8, 2014** | Hearing on Motions to Dismiss.  Note that this date has been extended by seven weeks, as a six week extension would cause the hearing to be scheduled for January 1, 2015.] |

IT IS SO STIPULATED AND AGREED.

DATED: October 15, 2014          COBLENTZ PATCH DUFFY & BASS LLP


By: */s/Charmaine G. Yu*
    Charmaine G. Yu
    Attorneys for Attorneys for ALCO IRON & METAL CO.


DATED: October 15, 2014          BERLINER COHEN


By: */s/Sara Pollock*
    Sara Pollock
    Attorneys for PICK-N-PULL AUTO DISMANTLERS

DATED: October 15, 2014          THE LAW OFFICES OF ERIK BABCOCK


By: */s/ Erik Babcock*
    Erik Babcock
    Attorneys for EMILIO ZAMORA


DATED: October 15, 2014          THE LAW OFFICES OF PAUL M. WELLENKAMP


By: */s/Paul M. Wellenkamp*
    Paul M. Wellenkamp
    Attorneys for CESAR ZAMORA

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

DATED: October 15, 2014           BONJOUR, THORMAN, BARAY & BILLINGSLEY

                                  By: */s/Michael Thorman*
                                      Michael Thorman
                                      Attorneys for RICARDO ZAMORA

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Charmaine G. Yu, attest that concurrence in the filing of this **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURES, AND INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** has been obtained from each of the other signatories.

Executed this 15th of October, 2014, at San Francisco, California.

/s/Charmaine G. Yu
Charmaine G. Yu

1  **[PROPOSED] ORDER**

2   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4  DATED: October 20, 2014

   _____
   Hon. Vince Chhabria
   United States District Court Judge